1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  TALIA FALK (NYBN 4944245)
   Special Assistant United States Attorney
5     1301 Clay Street, Suite 340S
      Oakland, CA 94612
6     Telephone: (510) 637-3680
      Fax: (510) 637-3724
7     E-Mail: talia.falk@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-00165 YGR |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE HEARING DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| ) | |
| ARMANDO PILIADO VARGAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status conference on May 2, 2013, presently scheduled at 2:00 p.m. before the Honorable Yvonne Gonzalez Rogers, be vacated and the matter be re-set for acceptance of plea on May 23, 2013 at 10:00 a.m.

The requested continuance would promote efficiency for the Court and all involved parties because the defendant is prepared to plead guilty and the Court is unable to accept a plea on May 2, 2013 due to a full calendar. The date of May 23, 2013 is the next available date for the Court and the parties. This is the first requested continuance for this matter.

The parties agree and stipulate that the time until May 23, 2013 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(G), as the Court considers a proposed plea agreement, which already has been submitted to the Court, to be

STIP. & ~~PROPOSED~~ ORD. RE STIPULATION TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
Nos. CR 13-00165 YGR

entered into by the defendant and the attorney for the Government.

Date: May 1, 2013                                    Respectfully Submitted,

MELINDA HAAG

_____/s/_____
TALIA FALK, Esq.
Special Assistant United States Attorney

_____/s/_____
JOYCE LEAVITT, Esq.
Counsel for Defendant Cruz Lopez

    I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

**ORDER**

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference on May 2, 2013, presently scheduled at 2:00 p.m. before the Honorable Yvonne Gonzalez Rogers, shall be vacated and the matter be re-set for acceptance of plea on May 23, 2013 at 10:00 a.m.

    IT IS FURTHER ORDERED THAT the time until May 23, 2013 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(G) as the Court considers the proposed plea agreement to be entered into by the defendant and the attorney for the Government

    SO ORDERED.

_May 1, 2013_____                                _[signature]_____
Date                                                 HON. YVONNE GONZALEZ ROGERS
                                                     UNITED STATES DISTRICT JUDGE

STIP. & ~~PROPOSED~~ ORD. RE STIPULATION TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
Nos. CR 13-00165 YGR